**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**BRANDON JACKSON,**

**Plaintiff,**

**v.**

**NATIONAL CREDIT SYSTEMS, INC.,**

**Defendant.**

**CASE NO. 2:13-cv-1763-SLB**

**ORDER**

This case is before the court on Plaintiff's Motion to Dismiss Defendant National Credit System, Inc. (Doc. 24.)[1/] It is hereby **ORDERED** that the claims of Brandon Jackson against defendant National Credit Systems, Inc. are **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs.

**DONE** this 27th day of January, 2015.

Sharon Lovelace Blackburn

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

[1/] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.